**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Sherry Watters                                    Elvin Bryant Jinks, Jr.
Louisiana Appellate Project                       Hunt Correctional Center DOC No. 732543
P. O. Box 58769                                   PO Box 174
New Orleans LA 70158-8769                         St Gabriel La 70776

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on August 28, 2019

**REHEARING ACTION: August 28, 2019**

**Docket Number: 18   00733-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ELVIN BRYANT JINKS, JR.**
**-AKA- ELVIN JINKS**

**Appealed from Cameron Parish Case No. 158217**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Elvin Bryant Jinks, Jr.** has this day been:

   **DENIED.**

   Cooks, J.,  concurs.  Denied, the Relator has a writ pending at the
   Louisiana Supreme Court filed by his appellate counsel.

cc: Jennifer Jones, Counsel for the Appellee
    Winfred Thomas Barrett, III, Counsel for the Appellee